

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COLLINS |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |
| VICTORIA SPAGNOLO, ESQ. | |

**Via: SDNY ECF**                                              **December 23, 2025**

Honorable Judge Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Tel: (212) 805-0200

        **Re:    *Salem v. Gourmet 157 Corp, et al.;* 25-cv-06479 (MKV)**

Dear Hon. Judge Vyskocil,

        My office represents Plaintiff in the above-referenced FLSA action. I write this letter to respectfully request a brief extension of time, from December 23, 2025 to January 13, 2026, to file Plaintiff's Motion for Default Judgment. This is Plaintiff's first such request.

        In support of his Motion for Default Judgment, Plaintiff wishes to file a Declaration detailing employment information relevant to his claims. However, I have not been able to get in touch with my client to finalize and execute his declaration before the deadline to file the motion. I anticipate connecting with my client after the holidays and, therefore, respectfully request an additional three (3) weeks to file Plaintiff's Motion for Default Judgment.

        I thank the Court for its time and attention to this request.

                                        Respectfully submitted,

                                        Victoria Spagnolo, Esq.

cc: all counsel of record via ECF and email.

**Granted. SO ORDERED.**

Date: 12/23/25

New York, New York

Mary Kay Vyskocil

United States District Judge