

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COLLINS
CATALINA ROMAN

**Via: SDNY ECF**                                                   **January 13, 2026**

Honorable Judge Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Tel: (212) 805-0200

      **Re:**    *Salem v. Gourmet 157 Corp, et al.;* **25-cv-06479 (MKV)**

Dear Hon. Judge Vyskocil,

      My office represents Plaintiff in the above-referenced FLSA action. I write this letter to respectfully request an extension of time, from January 13, 2026 to February 24, 2026, to file Plaintiff's Motion for Default Judgment. This is Plaintiff's second such request.

      In support of his Motion for Default Judgment, Plaintiff wishes to file a Declaration detailing employment information relevant to his claims. However, I have not been able to get in touch with my client to finalize and execute his declaration before the deadline to file the motion. Unfortunately, I have not heard from my client in several weeks. Should the Court grant this instant request, I will continue my attempts to connect with Plaintiff to finalize his motion.

      Accordingly, it is respectfully requested that this Court grant Plaintiff an additional six (6) weeks, through February 24, 2026, to file his Motion for Default Judgment.

      I thank the Court for its time and attention to this request.

Respectfully submitted,

Victoria Spagnolo, Esq.

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM

WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM

On November 13, 2025, the Court ordered Plaintiff to show cause why his case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute his case.  [ECF No. 21].  As of this date, Plaintiff has continued to fail to prosecute his case.   Should Plaintiff wish to move for a default judgment, he must do so by **February 13, 2026**.  Plaintiff's counsel's inability to get in touch with Plaintiff is not an excuse for failing to prosecute this case in a timely fashion.  *See Velasquez v. Vivir Lounge Corp.*, No. 24-CV-03277 (MMG), 2025 WL 3059707, at *2 (S.D.N.Y. Nov. 3, 2025) ("The Court has a strong interest in managing its docket and cannot wait indefinitely for Plaintiff to turn its attention to this case.").

SO ORDERED.

Date: 1/14/2026
New York, New York

Mary Kay Vyskocil
United States District Judge