USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALEK SALEM,

　　　　　　　　Plaintiff,

-against-

GOURMET 157 CORP, NY GOURMET 157
INC., 157 GOURMET MARKET INC., and
SADDAM MUSLEH AL MAROOSH,

　　　　　　　　Defendants.

1:25-cv-6479-MKV

ORDER DENYING MOTION FOR
DEFAULT JUDGMENT WITHOUT
PREJUDICE

MARY KAY VYSKOCIL, United States District Judge:

On May 29, 2026, the Court held a hearing on Plaintiff's motion for a default judgment. Counsel for Plaintiff, Victoria Spagnolo, Esq., appeared for Plaintiff. Defendants did not appear. For the reasons set forth on the record at the hearing, Plaintiff's motion for default judgment, [ECF No. 27], is denied without prejudice to renewal once the issues raised by the Court are properly addressed. Specifically, in renewing his motion for a default judgment, Plaintiff must:

- Address whether the Defendants' deli/convenience store is in fact closed.

- Address the propriety of service of the summons and complaint on the individual Defendant Saddam Musleh Al Maroosh by leaving copies of the summons and complaint with "Muad Maroosh (Manager)" at 157 Christopher Street New York, NY 10014 as reflected at ECF No. 8.

- Serve the renewed motion for default judgment, supporting materials, and any future order scheduling a hearing on the renewed motion for default judgment on Mr. Maroosh personally.

- Serve the renewed motion for default judgment, supporting materials, and any future order scheduling a hearing on the renewed motion for default judgment on the corporate Defendants.

- Address the propriety of calculating damages on the basis that Defendant worked 17 total weeks when Plaintiff appears to have worked for only 16 weeks and five days from January 20, 2025 to May 17, 2025.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

The Clerk of Court is respectfully requested to terminate docket entry 27.

**SO ORDERED.**

Date:  June 1, 2026                    MARY KAY VYSKOCIL
New York, NY                           United States District Judge